■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY L. HAYES, Appellant. — Judgment unanimously reversed, on the law, and a new trial granted. Memorandum: The People's witness Smith was a participant in the incident from which this robbery charge against defendant arose and he had pleaded guilty to robbery, third degree, in connection with the crime before defendant was indicted. It was error, therefore, for the court to fail to charge, over defendant's objection, that Smith was an accomplice, as a matter of law, whose testimony required corroboration (see *People v Bell,* 48 NY2d 933; *People v Minarich,* 46 NY2d 970; *People v Werner,* 55 AD2d 317). The People concede that the charge was erroneous but contend that the error was harmless. We are satisfied that in this case the error requires reversal. (Appeal from judgment of Erie Supreme Court, Barr, J. — robbery, second degree.) Present — Simons, J. P., Callahan, Denman, Moule and Schnepp, JJ.

■ ELDRE COMPONENTS, INC., Respondent, v COMTEN, INC., Appellant. — Order unanimously modified and, as modified, affirmed, without costs, in accordance with the following memorandum: The order is modified to permit defendant to seek a further bill of particulars as to the disputed items after plaintiff has had a reasonable time to complete discovery. (Appeal from order of Monroe Supreme Court, Tillman, J. — bill of particulars.) Present — Simons, J. P., Callahan, Denman, Moule and Schnepp, JJ.